**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____  Chapter ___7___

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **EmBeba Group, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3916055** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1268 Broadway, Unit C #262** <br> **Saugus, MA 01906** <br> Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Essex** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.embeba.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **EmBeba Group, Inc.**                                    Case number (*if known*) _____
     Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **EmBeba Group, Inc.**                                      Case number (*if known*) _____

Name

| List all cases. If more than 1, attach a separate list | | | | | |
|---|---|---|---|---|---|
| | Debtor _____ | | Relationship _____ | |
| | District _____ When _____ | | Case number, if known _____ | |

---

**11.** **Why is the case filed in** ***this district?***    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**█** **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **EmBeba Group, Inc.**                                          Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 10, 2024**
                    MM / DD / YYYY

**X** **/s/ Thai-Anh Hoang** _____   **Thai-Anh Hoang** _____
      Signature of authorized representative of debtor                  Printed name

Title   **Director** _____

**18. Signature of attorney**

**X** **/s/ Donald R. Lassman** _____   Date   **September 10, 2024** _____
     Signature of attorney for debtor                                              MM / DD / YYYY

**Donald R. Lassman 545959** _____
Printed name

**Law Office of Donald R. Lassman** _____
Firm name

**P. O. Box 920385**
**Needham, MA 02492** _____
Number, Street, City, State & ZIP Code

Contact phone   **781-455-8400** _____   Email address   **Don@LassmanLaw.com** _____

**545959 MA** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **EmBeba Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2024**    X /s/ Thai-Anh Hoang
                                                    Signature of individual signing on behalf of debtor

                                                    **Thai-Anh Hoang**
                                                    Printed name

                                                    **Director**
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **EmBeba Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $ _____ **99,238.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $ _____ **99,238.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$ _____ **1,942,569.07**

4. **Total liabilities** ........................................................................................................................
Lines 2 + 3a + 3b

$ **1,942,569.07**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **EmBeba Group, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Relay Bank** | **checking accounts** | **7509** | $151.27 |
| 3.2. | **Relay bank** | **checking** | **8643** | $29.93 |
| 3.3. | **Relay Bank** | **checking** | **8644** | $9.95 |
| 3.4. | **Relay Bank** | **checking** | **8642** | $33.42 |
| 3.5. | **Relay Bank** | **checking** | **0158** | $0.00 |
| 3.6. | **Relay Bank** | **checking** | **8646** | $0.00 |

Debtor   **EmBeba Group, Inc.**

Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| 3.7. | **Relay Bank** | **checking** | 8732 | **$0.00** |
| 3.8. | **Relay Bank** | **checking** | 7510 | **$0.00** |
| 3.9. | **Relay Bank** | **savings** | 8645 | **$0.10** |
| 3.10. | **River Work Bank** | **checking** | 6278 | **$26.55** |
| 3.11. | **River Work Bank** negative balance of $2.50 | **Savings** | 6260 | **$0.00** |
| 3.12. | **Chase** | **Checking** | 5660 | **$0.00** |
| 3.13. | **Chase** | **checking** | 9339 | **$0.00** |
| 3.14. | **NorthOne** | **checking** | 8965 | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | $251.22 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **deposit paid to counsel in Texas for lawsuit by creditor Angela hein uncertian how much of retainer may have been expended at this time**

| | $1,000.00 |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

| | $1,000.00 |
|---|---|

Add lines 7 through 8. Copy the total to line 81.

| Debtor | **EmBeba Group, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

**11.     Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 3,592.30 | - | 0.00 | = .... | $3,592.30 |
| 11a. 90 days old or less: | 429.33 | - | 0.00 | = .... | $429.33 |
| 11b. Over 90 days old: | 37,046.11 | - | 37,046.11 | =.... | $0.00 |
| 11b. Over 90 days old: | 626.46 | - | 0.00 | =.... | $626.46 |
| 11b. Over 90 days old: | 3,654.20 | - | 0.00 | =.... | $3,654.20 |
| 11b. Over 90 days old: | 233.85 | - | 0.00 | =.... | $233.85 |
| 11b. Over 90 days old: | 71.34 | - | 0.00 | =.... | $71.34 |
| 11b. Over 90 days old: | 25.17 | - | 0.00 | =.... | $25.17 |
| 11b. Over 90 days old: | 76.38 | - | 0.00 | =.... | $76.38 |
| 11b. Over 90 days old: | 30.28 | - | 0.00 | =.... | $30.28 |
| 11b. Over 90 days old: | 1,611.19 | - | 0.00 | =.... | $1,611.19 |

**12.     Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$10,350.50

| Part 4: | Investments |
|---|---|

| Debtor | **EmBeba Group, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** see attached list of inventory value based on Cost of Goods Sold | | **Unknown** | | **$70,978.08** |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$70,978.08** |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **EmBeba Group, Inc.**                                      Case number *(If known)* _____
_____
Name

| see attached Exhibit | | Unknown | | $1,232.30 |
|---|---|---|---|---|

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and
communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                    $1,232.30
Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.     **Internet domain names and websites** **see attached list** | Unknown | | $15,388.00 |
| 62.     **Licenses, franchises, and royalties** | | | |
| 63.     **Customer lists, mailing lists, or other compilations** **see attached list** | Unknown | | Unknown |
| 64.     **Other intangibles, or intellectual property** | | | |
| 65.     **Goodwill** | | | |

| Debtor | **EmBeba Group, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| 66. | **Total of Part 10.** | | $15,388.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **see attached list** | $37.90 |

| 78. | **Total of Part 11.** | | $37.90 |
|---|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **EmBeba Group, Inc.** | | Case number *(If known)* | |
|--------|------------------------|---|--------------------------|---|
| | Name | | | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $251.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,350.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $70,978.08 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,232.30 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $15,388.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $37.90 | |
| 91. **Total.** Add lines 80 through 90 for each column | $99,238.00 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $99,238.00 |

**Part 5: Inventory, excluding agriculture assets.**

| General Description | Net book value of the debt | Current value of debtor's interest |
|---|---|---|
| 19. Raw Materials | $0.00 | |
| 20. Work in Progress | $0.00 | |

21. Finished goods, including goods held for resale

| Item Name [1] | TYPE [2] | Units P. Box [3] | # of Box [4] | TOTAL UNITS | Expiration Status | COGS p. Unit | TOTAL COGS | MSRP | TOTAL Value as of 7/30/2024 based on COGS |
|---|---|---|---|---|---|---|---|---|---|
| Soothing Patches Panda - Single Pouch | Products | 800 | 20 | 16,000 | 1 year after opening | 1.08 | $17,280.00 | $4.99 | $17,280.00 |
| Soothing Patches Panda - Single Pouch | Products | 600 | 1 | 600 | 1 year after opening | 1.08 | $648.00 | $4.99 | $648.00 |
| Soothing Patches Panda - Single Pouch | Products | 800 | 1 | 800 | 1 year after opening | 1.08 | $864.00 | $4.99 | $864.00 |
| Soothing Patches Heart - Single Pouch | Products | 800 | 19 | 15,200 | 1 year after opening | 1.08 | $16,416.00 | $4.99 | $16,416.00 |
| Soothing Patches Box Set | Products | 172 | 6 | 1,032 | 1 year after opening | 4.33 | $4,468.56 | $22.79 | $4,468.56 |
| Soothing Patches Box Set | Products | 172 | 32 | 5,504 | 1 year after opening | 4.33 | $23,832.32 | $22.79 | $23,832.32 |
| Soothing Patches Box Set | Products | 172 | 9 | 1,548 | 1 year after opening | 4.33 | $6,702.84 | $22.79 | $6,702.84 |
| Soothing Balm 13.5G | Products | 100 | 1 | 100 | 4/6/2026 | $2.92 | $292.00 | $16.79 | $292.00 |
| Rescue Balm 6.5G | Products | 100 | 1 | 100 | 4/6/2026 | $2.05 | $205.00 | $14.79 | $205.00 |
| Diaper Balm 48G | Products | 91 | 1 | 91 | 4/6/2025 | $2.96 | $269.36 | $16.79 | $269.36 |
| Soothing Balm 3.86G | Products | 513 | 3 | 1,539 | Product Expired | $1.91 | $2,939.49 | $11.49 | $0.00 |
| Soothing Balm 13.5G | Products | 240 | 14 | 3,360 | Product Expired | $2.92 | $9,811.20 | $16.79 | $0.00 |
| Rescue Balm 6.5G | Products | 342 | 15 | 5,130 | Product Expired | $2.05 | $10,516.50 | $14.79 | $0.00 |
| Rescue Balm 6.5G | Products | 331 | 1 | 331 | Product Expired | $2.05 | $678.55 | $14.79 | $0.00 |
| Rescue Balm 3.86G | Products | 513 | 4 | 2,052 | Product Expired | $2.19 | $4,493.88 | $8.99 | $0.00 |
| Rescue Balm 3.86G | Products | 513 | 6 | 3,078 | Product Expired | $2.19 | $6,740.82 | $8.99 | $0.00 |
| Rescue Balm 3.86G | Products | 313 | 3 | 939 | Product Expired | $2.19 | $2,056.41 | $8.99 | $0.00 |
| Diaper Balm 48G | Products | 71 | 3 | 213 | Product Expired | $2.96 | $630.48 | $16.79 | $0.00 |
| Diaper Balm 48G | Products | 91 | 4 | 364 | Product Expired | $2.96 | $1,077.44 | $16.79 | $0.00 |
| Diaper Balm 23G | Products | 273 | 20 | 5,460 | Product Expired | $2.87 | $15,670.20 | $0.00 | $0.00 |
| | | | | | | | | **TOTAL VALUE** | **$70,978.08** |

22. Other inventory or supplies

| Item Name [5] | TYPE [6] | Units P. Box [7] | # of Box [8] | TOTAL UNITS | Expiration Status | COGS p. Unit | TOTAL COGS | MSRP | TOTAL Value as of 7/30/2024 based on COGS |
|---|---|---|---|---|---|---|---|---|---|
| Holiday Kit Box (Empty) | Product Packaging | 300 | 13 | 3,900 | Non Perishable | $0.30 | $1,170.00 | $0.00 | $0.00 |
| Printed Kit Insert Bag | Product Packaging | 300 | 13 | 3,900 | Non Perishable | $1.00 | $3,900.00 | $0.00 | $0.00 |
| Diaper Balm FS Retail Box 48G | Product Retail Boxes | 100 | 1 | 100 | Non Perishable | $1.10 | $110.00 | $0.00 | $0.00 |
| Rescue Balm FS Retail Box 6.5G | Product Retail Boxes | 100 | 1 | 100 | Non Perishable | $1.10 | $110.00 | $0.00 | $0.00 |
| Soothing Balm FS Retail Box 13.5G | Product Retail Boxes | 100 | 1 | 100 | Non Perishable | $1.10 | $110.00 | $0.00 | $0.00 |
| Soothing Patch MIX Box - RETAIL EMPTY BOX - HOMER | Product Retail Boxes | 1600 | 1 | 1,600 | Non Perishable | $1.00 | $1,600.00 | $0.00 | $0.00 |
| Diaper Balm Display 23G | Product Retail Displays | 325 | 4 | 1,300 | Non Perishable | $1.14 | $1,482.00 | $0.00 | $0.00 |
| Diaper Balm Display INSERT - 23G | Product Retail Displays | 325 | 4 | 1,300 | Non Perishable | $0.00 | $0.00 | $0.00 | $0.00 |
| Diaper Balm Display 48G | Product Retail Displays | 325 | 4 | 1,300 | Non Perishable | $1.14 | $1,482.00 | $0.00 | $0.00 |
| Diaper Balm Display INSERT - 48G | Product Retail Displays | 325 | 4 | 1,300 | Non Perishable | $0.00 | $0.00 | $0.00 | $0.00 |
| Rescue Balm Display 6.5G | Product Retail Displays | 325 | 6 | 1,950 | Non Perishable | $1.14 | $2,223.00 | $0.00 | $0.00 |
| Rescue Balm Display Insert 6.5G | Product Retail Displays | 325 | 6 | 1,950 | Non Perishable | $0.00 | $0.00 | $0.00 | $0.00 |
| Soothing Balm Display INSERT 13.5G | Product Retail Displays | 350 | 4 | 1,400 | Non Perishable | $0.00 | $0.00 | $0.00 | $0.00 |
| Soothing Balm Display 13.5G | Product Retail Displays | 350 | 4 | 1,400 | Non Perishable | $1.20 | $1,680.00 | $0.00 | $0.00 |
| Soothing Patch Box Display | Product Retail Displays | 300 | 1 | 300 | Non Perishable | $1.20 | $360.00 | $0.00 | $0.00 |
| Soothing Patch Single Pouch Display | Product Retail Displays | 300 | 1 | 300 | Non Perishable | $1.20 | $360.00 | $0.00 | $0.00 |

**Part 7: Office furniture, fixtures, and quipment; and collectibles**

*Need to put together list of desks/chairs/shefing unites, quipments, anything purchased through Amazon business accounts or belonging to EmBeba Group Inc*

| Item Description | Type | Net book value of debtor's interest | Valuation method used for current value | Depreciation | Current value of debtor's interest |
|---|---|---|---|---|---|
| Black Metal Table with Wheels | Office Furniture | $99.00 | Purchase price | 50% | $49.50 |
| Drawer Unit on Casters Wheel | Office Furniture | $189.99 | Purchase price | 50% | $95.00 |
| Chrome Wire Shelving Unit 36x24x54 | Office Furniture | $676.00 | Purchase price | 50% | $338.00 |
| Black Shelving Units Heavy Duty | Office Furniture | $200.00 | Purchase price | 50% | $100.00 |
| Garbage Can | Office Equipment, including all computer equipment and communication systems equipment and software | $19.99 | Purchase price | 50% | $10.00 |
| DYMO LabelWriter 450 Turbo Label Printer | Office Equipment, including all computer equipment and communication systems equipment and software | $260.31 | Purchase price | 50% | $130.16 |
| Heat Shrink Wrap Gun | Office Equipment, including all computer equipment and communication systems equipment and software | $17.97 | Purchase price | 50% | $8.99 |
| White Photography Backdrop | Office Equipment, including all computer equipment and communication systems equipment and software | $18.89 | Purchase price | 50% | $9.45 |
| 18" Ring Light | Office Equipment, including all computer equipment and communication systems equipment and software | $61.66 | Purchase price | 50% | $30.83 |
| Softbox Photography Lights | Office Equipment, including all computer equipment and communication systems equipment and software | $62.89 | Purchase price | 50% | $31.45 |
| Photography Rotating Display Stands | Office Equipment, including all computer equipment and communication systems equipment and software | $23.59 | Purchase price | 50% | $11.80 |
| Photo Studio Light Box 12x12 | Office Equipment, including all computer equipment and communication systems equipment and software | $39.99 | Purchase price | 50% | $20.00 |
| Acrylic X Large Organizer Bins | Office Equipment, including all computer equipment and communication systems equipment and software | $53.11 | Purchase price | 50% | $26.56 |
| Digital Caliper, Adoric 0-6" Calipers Measuring Tool | Office Equipment, including all computer equipment and communication systems equipment and software | $8.30 | Purchase price | 50% | $4.15 |
| Tape Dispenser | Office Equipment, including all computer equipment and communication systems equipment and software | $11.89 | Purchase price | 50% | $5.95 |
| Selfie Stick | Office Equipment, including all computer equipment and communication systems equipment and software | $16.99 | Purchase price | 50% | $8.50 |
| Acrylic Sign Holder 8.5x11 | Office Equipment, including all computer equipment and communication systems equipment and software | $5.66 | Purchase price | 50% | $2.83 |
| 4 FT Folding Table Plastic | Office Equipment, including all computer equipment and communication systems equipment and software | $66.93 | Purchase price | 50% | $33.47 |
| Travel Laptop Monitor | Office Equipment, including all computer equipment and communication systems equipment and software | $169.99 | Purchase price | 50% | $85.00 |
| Laptop Multiport Adaptor | Office Equipment, including all computer equipment and communication systems equipment and software | $38.99 | Purchase price | 50% | $19.50 |
| USB Wifi Wireless Adaptor for PC | Office Equipment, including all computer equipment and communication systems equipment and software | $24.43 | Purchase price | 50% | $12.22 |
| Skin Moisture Analyzer | Office Equipment, including all computer equipment and communication systems equipment and software | $24.97 | Purchase price | 50% | $12.49 |
| 1D Bluetooth Barcode Scanner | Office Equipment, including all computer equipment and communication systems equipment and software | $43.43 | Purchase price | 50% | $21.72 |
| Shipping Postal Scale | Office Equipment, including all computer equipment and communication systems equipment and software | $23.58 | Purchase price | 50% | $11.79 |
| Shipping Postal Scale | Office Equipment, including all computer equipment and communication systems equipment and software | $115.09 | Purchase price | 50% | $57.55 |
| Utility Cart | Office Equipment, including all computer equipment and communication systems equipment and software | $164.97 | Purchase price | 50% | $82.49 |
| Bluetooth Wireless 2D Barcode Scanner | Office Equipment, including all computer equipment and communication systems equipment and software | $35.98 | Purchase price | 50% | $17.99 |
| 11x6x6 Shipping Box | Office Equipment, including all computer equipment and communication systems equipment and software | $30.00 | Purchase price | 50% | $15.00 |
| | TOTAL | $2,504.59 | | | $1,252.30 |

**Part 7: Office furniture, fixtures, and quipment; and collectibles**

*Need to put together list of desks/chairs/shefing unites, quipments, anything purchased through Amazon business accounts or belonging to EmBeba Group Inc*

| Item Description | Type | Net book value of debtor's interest | Valuation method used for current value | Depreciation | Current value of debtor's interest |
|---|---|---|---|---|---|
| Black Metal Table with Wheels | Office Furniture | $99.00 | Purchase price | 50% | $49.50 |
| Drawer Unit on Casters Wheel | Office Furniture | $189.99 | Purchase price | 50% | $95.00 |
| Chrome Wire Shelving Unit 36x24x54 | Office Furniture | $676.00 | Purchase price | 50% | $338.00 |
| Black Shelving Units Heavy Duty | Office Furniture | $200.00 | Purchase price | 50% | $100.00 |
| Garbage Can | Office Equipment, including all computer equipment and communciation systems equipment and software | $19.99 | Purchase price | 50% | $10.00 |
| DYMO LabelWriter 450 Turbo Label Printer | Office Equipment, including all computer equipment and communciation systems equipment and software | $260.31 | Purchase price | 50% | $130.16 |
| Heat Shrink Wrap Gun | Office Equipment, including all computer equipment and communciation systems equipment and software | $17.97 | Purchase price | 50% | $8.99 |
| White Photography Backdrop | Office Equipment, including all computer equipment and communciation systems equipment and software | $18.89 | Purchase price | 50% | $9.45 |
| 18" Ring Light | Office Equipment, including all computer equipment and communciation systems equipment and software | $61.66 | Purchase price | 50% | $30.83 |
| Softbox Photography Lights | Office Equipment, including all computer equipment and communciation systems equipment and software | $62.89 | Purchase price | 50% | $31.45 |
| Photography Rotating Display Stands | Office Equipment, including all computer equipment and communciation systems equipment and software | $23.59 | Purchase price | 50% | $11.80 |
| Photo Studio Light Box 12x12 | Office Equipment, including all computer equipment and communciation systems equipment and software | $39.99 | Purchase price | 50% | $20.00 |
| Acrylic X Large Organizer Bins | Office Equipment, including all computer equipment and communciation systems equipment and software | $53.11 | Purchase price | 50% | $26.56 |
| Digital Caliper, Adoric 0-6" Calipers Measuring Tool | Office Equipment, including all computer equipment and communciation systems equipment and software | $8.30 | Purchase price | 50% | $4.15 |
| Tape Dispenser | Office Equipment, including all computer equipment and communciation systems equipment and software | $11.89 | Purchase price | 50% | $5.95 |
| Selfie Stick | Office Equipment, including all computer equipment and communciation systems equipment and software | $16.99 | Purchase price | 50% | $8.50 |
| Acrylic Sign Holder 8.5x11 | Office Equipment, including all computer equipment and communciation systems equipment and software | $5.66 | Purchase price | 50% | $2.83 |
| 4 FT Folding Table Plastic | Office Equipment, including all computer equipment and communciation systems equipment and software | $66.93 | Purchase price | 50% | $33.47 |
| Travel Laptop Monitor | Office Equipment, including all computer equipment and communciation systems equipment and software | $169.99 | Purchase price | 50% | $85.00 |
| Laptop Multiport Adaptor | Office Equipment, including all computer equipment and communciation systems equipment and software | $38.99 | Purchase price | 50% | $19.50 |
| USB Wifi Wireless Adaptor for PC | Office Equipment, including all computer equipment and communciation systems equipment and software | $24.43 | Purchase price | 50% | $12.22 |
| Skin Moisture Analyzer | Office Equipment, including all computer equipment and communciation systems equipment and software | $24.97 | Purchase price | 50% | $12.49 |
| 1D Bluetooth Barcode Scanner | Office Equipment, including all computer equipment and communciation systems equipment and software | $43.43 | Purchase price | 50% | $21.72 |
| Shipping Postal Scale | Office Equipment, including all computer equipment and communciation systems equipment and software | $23.58 | Purchase price | 50% | $11.79 |
| Shipping Postal Scale | Office Equipment, including all computer equipment and communciation systems equipment and software | $115.09 | Purchase price | 50% | $57.55 |
| Utility Cart | Office Equipment, including all computer equipment and communciation systems equipment and software | $164.97 | Purchase price | 50% | $82.49 |
| Bluetooth Wireless 2D Barcode Scanner | Office Equipment, including all computer equipment and communciation systems equipment and software | $35.98 | Purchase price | 50% | $17.99 |
| 11x6x6 Shipping Box | Office Equipment, including all computer equipment and communciation systems equipment and software | $30.00 | Purchase price | 50% | $15.00 |
| | **TOTAL** | **$2,504.59** | | | **$1,252.30** |

**Part 10: Intangibles and intellectual property**

59. Does the debtor have any intersets in intangibles or intellectual property?

Answer: **Yes, Fill the information below**

| 60. Patent, copyrights, trademarks, and trade secrets | TEAS Plus Serial Number | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | |
|---|---|---|---|---|---|
| Trademarks - EmBeba Logo Trademark | 88374908 | | | | *We never valued TM, not sure how to proceed. |
| Trademarks- "E" Logo | 88695530 | | | | |
| Trademarks - "Generation-Tested, Family Approved" | 88718454 | | | | |
| Trademarks - "Remedies For Your Skin-Sensitive Family" | 88721148 | | | | |
| Trademarks "Ja, cartoon brand character Trademark" | 88758737 | | | | |
| Trademarks "Don't Be Rash" | 88929903 | | | | |
| Trademarks - EmBeba "The Mark" | 7219029 | | | | |
| Trademark - EmBeba "Word Logo" | 88718244 | | | | |
| | | | **TOTAL** | **#REF!** | |

| 61. Internet domain names and website | Service Provider | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | |
|---|---|---|---|---|---|
| www.em-babies.com | GoDaddy | | Per GoDaddy Estimated Value | $488 | |
| www.embeba-family.com | GoDaddy | | Per GoDaddy Estimated Value | $190 | |
| www.embeba.app | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.asia | GoDaddy | | Per GoDaddy Estimated Value | $100 | |
| www.embeba.cn | GoDaddy | | Per GoDaddy Estimated Value | $100 | |
| www.embeba.co | GoDaddy | | Per GoDaddy Estimated Value | $100 | |
| www.embeba.co.kr | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.co.za | GoDaddy | | Per GoDaddy Estimated Value | $254 | |
| www.embeba.com | GoDaddy | | Per GoDaddy Estimated Value | $5,485 | |
| www.embeba.com.cn | GoDaddy | | Per GoDaddy Estimated Value | $100 | |
| www.embeba.com.tw | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.info | GoDaddy | | Per GoDaddy Estimated Value | $100 | |
| www.embeba.mobi | GoDaddy | | Per GoDaddy Estimated Value | $100 | |
| www.embeba.net | GoDaddy | | Per GoDaddy Estimated Value | $1,334 | |
| www.embeba.net.cn | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.online | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.org | GoDaddy | | Per GoDaddy Estimated Value | $1,710 | |
| www.embeba.org.cn | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.shop | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.store | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.tw | GoDaddy | | Per GoDaddy Estimated Value | $256 | |
| www.embeba.us | GoDaddy | | Per GoDaddy Estimated Value | $100 | |
| www.embebafamily.com | GoDaddy | | Per GoDaddy Estimated Value | $949 | |
| www.embeeba.com | GoDaddy | | Per GoDaddy Estimated Value | $1,295 | |
| www.embeiba.com | GoDaddy | | Per GoDaddy Estimated Value | $679 | |
| | | | **TOTAL** | **$15,388** | |
| **62. Licenses, franchises, and royalties** | NA | | | | |
| **63. Customer list, mailing lists, or other compilations** | **YES** | | | | |
| **64. Other intangibles or intellectual property** | NA | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **65. Goodwill** | NA | | | | | |
| | | | | | | |
| **66.  Total of Part 10.** | | | | | | |

**Part 11: All Other Assets**

70 Does the debtor own any other assets that have not yet been reported on this form?

Answers: No. Go to Part 12

| Item Description | Type | Net book value of debtor's interest | Valuation method used for current value | Depreciation | Current value of debtor's interest |
|---|---|---|---|---|---|
| Shrink Wrap 4x6 Bag Sleeves | Office Supplies | $2.00 | Purchase Price | 50% | $1.00 |
| Printing Papers 8.5x11 | Office Supplies | $12.79 | Purchase Price | 50% | $6.40 |
| 7x10.2 plastic resealable bag white | Fullfillment Shipping Supplies | $0.00 | Purchase Price | 50% | $0.00 |
| Orange Mylar Bags 5.5x7.8 inch | Fullfillment Shipping Supplies | $4.50 | Purchase Price | 50% | $2.25 |
| 12x15 Self Seal Clear Poly Bags | Fullfillment Shipping Supplies | $4.07 | Purchase Price | 50% | $2.04 |
| 5x7 inch Self Seal Clear Poly Bags | Fullfillment Shipping Supplies | $7.49 | Purchase Price | 50% | $3.75 |
| 15 inch Clear Stretch Wrap Roll with Hand | Fullfillment Shipping Supplies | $27.99 | Purchase Price | 50% | $14.00 |
| Bubble Mailer - Large - Orange | Fullfillment Shipping Supplies | $0.00 | Purchase Price | 50% | $0.00 |
| Bubble Mailer - Small - Orange | Fullfillment Shipping Supplies | $16.95 | Purchase Price | 50% | $8.48 |
| | TOTAL | $75.79 | | | $37.90 |

**Fill in this information to identify the case:**

Debtor name   **EmBeba Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**EmBeba Group, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Amazon Business**<br>**325 9th Avenue N**<br>**Seattle, WA 98109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __warehouse charges for product__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,250.00** |
| **American Express**<br>**PO Box 981538**<br>**El Paso, TX 79998-1538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number __1004__ | Basis for the claim: __Business credit card . Debtor's principal is a co-debtor and has entered into a payment agreement to satisfy obligation__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,650.00** |
| **Angela Hein**<br>**1108 Lavaca Street**<br>**Suite 110-182**<br>**Austin, TX 78701** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __consulting agreement__<br><br>Is the claim subject to offset? ☐ No  ■ Yes | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
| **Arnall Golden Gregory, LLP**<br>**171 17th Street NW**<br>**Suite 1200**<br>**Atlanta, GA 30363** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __FDA regulation Legal Service__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **EmBeba Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,924.00** |
|---|---|---|---|

**Bank of America**
**POB 660441**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5514**

Basis for the claim:  **debt related to business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,001.00** |
|---|---|---|---|

**Barbara Verne Smith**
**7919 Blue Heron Drive W**
**Apt 207**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,503.00** |
|---|---|---|---|

**Ben Funk**
**843 16th Street**
**Apt 201**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,058.00** |
|---|---|---|---|

**Charlie Stryker**
**488 Burgundy K**
**Delray Beach, FL 33484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,347.00** |
|---|---|---|---|

**Consumer Product Testing Co., Inc.**
**c/o Sharon Wolfe**
**70 New Dutch Lane**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **consumer product testing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.47** |
|---|---|---|---|

**DHL Express**
**16855 Northchase Drive**
**Suite 400**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,008.10** |
|---|---|---|---|

**Dr. Eyal Ron**
**7 Coach Road**
**Lexington, MA 02420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EmBeba Group, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156,211.00** |
|---|---|---|---|

**Francis K Duane**
**c/o Ken Duand**
**7936 Grand Bay Drive**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,364.59** |
|---|---|---|---|

**GO Venture, LLC**
**c/o Nixon Peabody LLP**
**300 South Grand Avenue,**
**Suite 4100**
**Los Angeles, CA 90071**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |
|---|---|---|---|

**Healthy Edge**
**Corporate Office**
**7807 E 51st Street**
**Tulsa, OK 74145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **retailer - in store set up and ad fees**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318,984.00** |
|---|---|---|---|

**Henry Nasella**
**24 Larchwood Drive**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**Henry Nasella**
**24 Larchwood Drive**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,457.00** |
|---|---|---|---|

**HIllsborough Capital**
**c/o Fred Le Cao**
**444 E 86th Street**
**Apt 16B**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,753.00** |
|---|---|---|---|

**Interact Boulder**
**1920 Arapahoe Ave**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **marketing and branding agency fee**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | EmBeba Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,175.00**

Jessica Liou & Ho-Tay Ma
37-22 80th Street
Apt 141
Jackson Heights, NY 11372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,638.00**

Jin Capital LLC
670 W Lambert Road
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,681.00**

Joan Goldberg
192 Commonwealth Avenue
Unit #3
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

LyhoangSpa, LLC
228 Washington Avenue
Belleville, NJ 07109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,516.00**

LyhoangSpa, LLC
228 Washington Avenue
Belleville, NJ 07109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,230.00**

Majorie Radlo-Zandi
8 Bryant Road
Lexington, MA 02420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,516.00**

Matt Engler
250 First Avenue
Apt 436
Charlestown, MA 02129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EmBeba Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,501.27** |
|---|---|---|---|
| | **My Le**<br>**8595 Pelham Road**<br>**Suite 400, #720**<br>**Greenville, SC 29615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,009.00** |
|---|---|---|---|
| | **My Le**<br>**8595 Pelham Road**<br>**Suite 400, #720**<br>**Greenville, SC 29615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __convertible note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,034.32** |
|---|---|---|---|
| | **Nutter, McClennan & Fish, LLP**<br>**155 Seaport Blvd**<br>**Boston, MA 02210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __legal services 155 Seaport Blvd__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,778.00** |
|---|---|---|---|
| | **Octoly Inc.**<br>**524 Broadway**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __influencer legal service__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,715.00** |
|---|---|---|---|
| | **Rawson Technologies, LLC**<br>**4441 Woodbine Lane**<br>**Prosper, TX 75078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Amazon Ads Management Agency__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,482.00** |
|---|---|---|---|
| | **Ron Connors**<br>**5601 Turtle Bay Drive**<br>**Naples, FL 34108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __convertible note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,819.00** |
|---|---|---|---|
| | **SGN Loki Invesco LLC**<br>**c/o Chau Hoang**<br>**415 East 80th Street**<br>**#3T**<br>**New York, NY 10075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __convertible note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **EmBeba Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**SGN Loki Invesco LLC**
**c/o Chau Hoang**
**415 East 80th Street**
**#3T**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$564.59**

**SPS Commerce**
**Commercial Division**
**500 Virginia Drive #514**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EDI connector for BuyBabyBuy and CVS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,695.00**

**Steve Richardson**
**25 Cedar Farms Road**
**Medway, MA 02053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,686.08**

**Stylco 360 Ltd**
**133 Eloff Stret**
**Shelby Johanesburg 2001**
**SOUTH AFRICA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **South Africa Distributor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,377.00**

**Thai-Anh Hoang**
**867 Boylston Street**
**Suite 850**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213,307.33**

**Thai-Anh Hoang**
**867 Boylston Street**
**Suite 850**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,490.00**

**The Albert 2019 Family Trust**
**c/o Karen Keating Mara**
**10252 Heronwood Lane**
**West Palm Beach, FL 33412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EmBeba Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.00 |
|---|---|---|---|
| | **Topline Consulting Inc.**<br>**237 Middaugh Road**<br>**Attn:  Lucy Sutton**<br>**Clarendon Hills, IL 60514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  market consultant | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,973.32 |
|---|---|---|---|
| | **U-Best Packaging Solutions, Inc.**<br>**670 W. Lambert Drive**<br>**Brea, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  product packaging supplier | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **George C. Lobb,  Esq.**<br>**2028 East Ben White Blvd**<br>**Suite #240-8990**<br>**Austin, TX 78741** | Line  3.3<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Orsus Gate**<br>**16 N. Marengo Avenue, Suite 505**<br>**Attn:  Jonathan Francis**<br>**Pasadena, CA 91101** | Line  3.13<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Randall Pratt, Esq.**<br>**Law Offices of Randall L. Pratt**<br>**One Cate Street**<br>**Portsmouth, NH 03801** | Line  3.2<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,942,569.07 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,942,569.07 |

**Fill in this information to identify the case:**

Debtor name    **EmBeba Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **consumer packaged goods consulting agreement dated Apirl 8, 2022** |  |
| State the term remaining | **Angela Hein**<br>**1108 Lavaca Street**<br>**Suite 110-182**<br>**Austin, TX 78701** |
| List the contract number of any government contract _____ |  |

**Fill in this information to identify the case:**

Debtor name   **EmBeba Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Thai-Anh Hoang** | **c/o Embeba Group, LLC**<br>**1268 Broadway, Unit C #262**<br>**Saugus, MA 01906** | **Bank of America** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.2 | **Thai-Anh Hoang** | **c/o Embeba Group, LLC**<br>**1268 Broadway, Unit C #262**<br>**Saugus, MA 01906** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **EmBeba Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$163,966.50** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$236,804.20** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$411,593.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | EmBeba Group, Inc. | | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bill Me Later POB5018 Lutherville Timonium, MD 21094 Paypal loan - none** | 4/23/24 | $26,067.00 | **Debt settlement paid by debtor's principal, Ms. Hoang. Business debt.   Debt settlement paid by debtor's principal, Ms. Hoang.  Principal deposited funds into debtor's bank account and funds were promplty transferred to creditor in accordance with agreed settlement of  account. Principal was substituted for creditor.** |
| 4.2. **Chase Cardmember Services POB 15548 Wilmington, DE 19886-5548 none, account 8829** | | $5,036.00 | **Personal credit card of debtor's principal used to pay business purposes.  Principal deposited funds into debtor's bank account and funds were promplty transferred to creditor in accordance with agreed settlement of  account. Debtor was not obligated on this account.  Settlement of this account was linked with settlement of business credit card  with Chase - account 4561. Principal was substituted for creditor.** |
| 4.3. **Chase Caremember Services POB 15548 Wilmington, DE 19886-5548 account 4561 - none** | | $16,923.00 | **Debt settlement paid by debtor's principal, Ms. Hoang. Business credit card used for business purposes.  Principal deposited funds into debtor's bank account and funds were promplty transferred to creditor in accordance with agreed settlement of  account. Principal was substituted for creditor.** |
| 4.4. **American Express c/o Zwicker & Associates, P.C. 80 Minuteman Road Woburn, MA 01801 none, acct 9594** | February 7, 2024 | $10,000.00 | **Debt settlement paid by debtor's principal, Ms. Hoang. Business credit card used for business purposes.  Principal deposited funds into debtor's bank account and funds were promplty transferred to creditor in accordance with agreed settlement of  account. Principal was substituted for creditor.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | EmBeba Group, Inc. | Case number *(if known)* |
|---|---|---|

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **American Express National Bank vs. Embeba Group, Inc., et. al.** 2413 CV 000137 | **collection parties entered into a settlement agreement** | **District Court, Lynn Division** 580 Essex Street Lynn, MA 01901 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **American Express National Bank vs Thai Anh Hoang and Embeba Group, Inc.** 2486CV149 | **collection parties entered an agreement for judgment** | **Peabody District Court** 1 Lowell Street Peabody, MA 01960 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Angela Hein vs. Embeba Group** D-!-GN-23-007770 | **breach of contract** | **200th District Court** 1000 Guadalupe Street Unit 507 Austin, TX 78710 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **see attached document** | | | $21,729.25 |
| | **Recipients relationship to debtor** | | | |

| Debtor | EmBeba Group, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Donald R. Lassman<br>PO Box 920385<br>Needham, MA 02492-0005** | | **August 2024** | **$5,338.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Thai-Anh Hoang** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:  Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor   **EmBeba Group, Inc.**                                        Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Debtor has a customer list that contains soley the names and addresses of its customers.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JPMorgan Chase Bank N.A. POB 182051 Columbus, OH 43218-2051 | XXXX-5660 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 11/30/23 | $425.26 |
| 18.2. | NorthOne Bank 18 West Street New York, NY 10111 | XXXX-8965 | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 11/10/23 | $8,471.00 |

| Debtor | EmBeba Group, Inc. | Case number *(if known)* | |
|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Amazon Business 325 9th Avenue N Seattle, WA 98109-5210 | Thai-Any Hoang and My Le | storage of products for sale through the Amazon Platform | ■ No ☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor   **EmBeba Group, Inc.**                                              Case number *(if known)*

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Mercurius**<br>**A-94/8**<br>**Wazipur Insurstiral Area**<br>**New Delhi - 11052**<br>**INDIA** | **1/17/2024 - present** |
| 26a.2. | **Decimal**<br>**1424 1st Avenue N**<br>**Seattle, WA 98109** | **2-18-2022 to 1<br>17-20204** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Decimal**<br>**A-94/8**<br>**Wazirpur Industrial Area**<br>**New Delhi - 110052**<br>**INDIA** | |
| | Name and address | Date of service<br>From-To |
| 26b.2. | **SmartBooks Tx Advisory**<br>**179 High Street**<br>**Acton, MA 01720** | **2-1-2023 to 12/31/23** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Intuit Quickbooks Software**<br>**c/o Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | |

Debtor    **EmBeba Group, Inc.**                                          Case number *(if known)*

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Thai-Anh Hoang** | **867 Boylston Street Suite 500 Boston, MA 02116** | **CEO, co-founder** | **74.99** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **My Le** | **8595 Pelham Road Suite 400, #720 Greenville, SC 29615** | **co-founder** | **8.37** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Jess Le** | **4521 Kingswell Ave., Apt B Los Angeles, CA 90027** | **former co-founder, left company in 2019** | **.34** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Henry Nasella** | **24 Larchwood Drive Cambridge, MA 02138** | **former investor and board member** | **6.34** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **Henry Nasella** | **24 Larchwood Drive Cambridge, MA 02138** | **former advisor and board member. resigned in December 2023** | **12/2/2021 - 12/20/2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

Debtor    **EmBeba Group, Inc.**                                        Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2024**

**/s/ Thai-Anh Hoang**                                    **Thai-Anh Hoang**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**PART 4: CERTAIN GIFTS AND CHARITABLE CONTRIBUTIONS**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggragate value of the gifts to that recipient is less than $1K.

| | Recipient's Name and Address | Description of the Gifts or Contributions | Dates Given | Value | Recipient's relationship to Debtor |
|---|---|---|---|---|---|
| 9.1 | Gentle Love Diaper Pantry 185 Adams Street, Manchester CT 06042 | 64 Diaper Balms 800 Soothing Patches Charitable donation to diaper pantry to support low income parents in Manchester CT and surrounding areas. | 5/21/2024 | $4,120.00 | None |
| 9.2 | The Warburton Gold Tournament Charity Event Karina Gonzalez Cord Media 43-645 Monterey Ave Suite D Palm Desert, CA. 92260 760-834-8599 | 100 Rescue Balms to support the charity golfing event | 3/1/2024 | $899.00 | None |
| 9.3 | AMBER CORDERO, C/O DARUMA, 250 North West Temple Street, Salt Lake City Utah 84103, United States | 125 trial size Rescue Balms to support independent movie premier | 1/2/2024 | $1,123.75 | None |
| 9.4 | Black Girl Digital 5351 Aster Place Oakwood GA 30566 United States | 150 Rescue Balms for gift bags to support Women of Color entrepreneurship | 10/24/2023 | $1,348.50 | None |
| 9.5 | Innocent Lives Foundation Springhill Suites by Marriott ATTN GUEST: John McCombs #M-QW5I5SE 549 S San Fernando Blvd, Burbank, CA 91502 | 130 Rescue Balm for gift bags to support the Inaugural Fundraising event for the Innocent Lives Foundation | 9/18/2023 | $1,922.70 | None |
| 9.6 | Naomi Alabi, SFW RUNWAY, 333 Schermerhorn Street, #17Q, Brooklyn New York 11217, United States | 200 Rescue Balm Trial Size for gift bags to event | 9/5/2023 | $2,218.50 | None |
| 9.7 | Eventage Komen NYC, Lackawanna Eastern Terminus, 345 18th Street, Jersey City New Jersey 07310, United States, +1 607-930-4716 | 250 Rescue Balm to support the Susan G. Komen Charity Event | 8/25/2023 | $3,697.50 | None |
| 9.8 | Pow(H)er Awards Dinner, Tene Nicole Creative Agency, 22 Vernon Place, East Orange New Jersey 07017, United States | 200 Rescue Balm Trial Size donation for event gift bags celebrating minority women entrepreneurship | 8/19/2023 | $2,958.00 | None |
| 9.9 | Grace to Give Foundation, 221-29 112th Road, Queens New York 11429, United States | 30 Diaper Balms to provide baby products to low income parents in the Queens NY community | 7/22/2023 | $503.70 | None |

| | | | | | |
|---|---|---|---|---|---|
| 9.10 | Martin Ku Adrenal Foundation, Martin Ku Adrenal Foundation, 14280 South Military Trail, Delray Beach Florida 33484, United States | 100 Rescue Balm Trial Size products for gift bags to support the Martin Ku Adrenal (Disease) Foundation charity event | 7/12/2023 | $899.00 | None |
| 9.11 | Paulin Lopez, The Business of WE LLC, 83-15 98th Street, Suite 3F, Queens New York 11421, United States | 40 Rescue Balm for gift bags to support women entrepeneurship conference | 7/11/2023 | $359.60 | None |
| 9.12 | Gentle Love Diaper Pantry 185 Adams Street, Manchester CT 06042 | 100 Diaper Balms Charitable donation to diaper pantry to support low income parents in Manchester CT and surrounding areas. | 5/19/2023 | $1,679.00 | None |
| | | | **TOTAL** | **$21,729.25** | |

# United States Bankruptcy Court
### District of Massachusetts

In re   **EmBeba Group, Inc.** _____    Case No. _____
                                            Debtor(s)              Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **September 10, 2024** _____        **/s/ Thai-Anh Hoang** _____
                                                       **Thai-Anh Hoang**/**Director**
                                                       Signer/Title

Amazon Business
325 9th Avenue N
Seattle, WA 98109

American Express
PO Box 981538
El Paso, TX 79998-1538

Angela Hein
1108 Lavaca Street
Suite 110-182
Austin, TX 78701

Arnall Golden Gregory, LLP
171 17th Street NW
Suite 1200
Atlanta, GA 30363

Bank of America
POB 660441
Dallas, TX 75266

Barbara Verne Smith
7919 Blue Heron Drive W
Apt 207
Wilmington, NC 28411

Ben Funk
843 16th Street
Apt 201
Santa Monica, CA 90403

Charlie Stryker
488 Burgundy K
Delray Beach, FL 33484

Consumer Product Testing Co., Inc.
c/o Sharon Wolfe
70 New Dutch Lane
Fairfield, NJ 07004

DHL Express
16855 Northchase Drive
Suite 400
Houston, TX 77060

Dr. Eyal Ron
7 Coach Road
Lexington, MA 02420

Francis K Duane
c/o Ken Duand
7936 Grand Bay Drive
Naples, FL 34108

George C. Lobb,  Esq.
2028 East Ben White Blvd
Suite #240-8990
Austin, TX 78741

GO Venture, LLC
c/o Nixon Peabody LLP
300 South Grand Avenue,
Suite 4100
Los Angeles, CA 90071

Healthy Edge
Corporate Office
7807 E 51st Street
Tulsa, OK 74145

Henry Nasella
24 Larchwood Drive
Cambridge, MA 02138

HIllsborough Capital
c/o Fred Le Cao
444 E 86th Street
Apt 16B
New York, NY 10028

Interact Boulder
1920 Arapahoe Ave
Boulder, CO 80302

Jessica Liou & Ho-Tay Ma
37-22 80th Street
Apt 141
Jackson Heights, NY 11372

Jin Capital LLC
670 W Lambert Road
Brea, CA 92821

Joan Goldberg
192 Commonwealth Avenue
Unit #3
Boston, MA 02116

LyhoangSpa, LLC
228 Washington Avenue
Belleville, NJ 07109

Majorie Radlo-Zandi
8 Bryant Road
Lexington, MA 02420

Matt Engler
250 First Avenue
Apt 436
Charlestown, MA 02129

My Le
8595 Pelham Road
Suite 400, #720
Greenville, SC 29615

Nutter, McClennan & Fish, LLP
155 Seaport Blvd
Boston, MA 02210

Octoly Inc.
524 Broadway
New York, NY 10013

Orsus Gate
16 N. Marengo Avenue, Suite 505
Attn: Jonathan Francis
Pasadena, CA 91101

Randall Pratt, Esq.
Law Offices of Randall L. Pratt
One Cate Street
Portsmouth, NH 03801

Rawson Technologies, LLC
4441 Woodbine Lane
Prosper, TX 75078

Ron Connors
5601 Turtle Bay Drive
Naples, FL 34108

SGN Loki Invesco LLC
c/o Chau Hoang
415 East 80th Street
#3T
New York, NY 10075

SPS Commerce
Commercial Division
500 Virginia Drive #514
Fort Washington, PA 19034

Steve Richardson
25 Cedar Farms Road
Medway, MA 02053

Stylco 360 Ltd
133 Eloff Stret
Shelby Johannesburg 2001
SOUTH AFRICA

Thai-Anh Hoang
867 Boylston Street
Suite 850
Boston, MA 02116

Thai-Anh Hoang
c/o Embeba Group, LLC
1268 Broadway, Unit C #262
Saugus, MA 01906

The Albert 2019 Family Trust
c/o Karen Keating Mara
10252 Heronwood Lane
West Palm Beach, FL 33412

Topline Consulting Inc.
237 Middaugh Road
Attn: Lucy Sutton
Clarendon Hills, IL 60514

U-Best Packaging Solutions, Inc.
670 W. Lambert Drive
Brea, CA 92821

# United States Bankruptcy Court
## District of Massachusetts

In re   **EmBeba Group, Inc.**        Case No.

                               Debtor(s)        Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **EmBeba Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 10, 2024**
Date

**/s/ Donald R. Lassman**
**Donald R. Lassman 545959**
Signature of Attorney or Litigant
Counsel for    **EmBeba Group, Inc.**
**Law Office of Donald R. Lassman**
**P. O. Box 920385**
**Needham, MA 02492**
**781-455-8400 Fax:781-455-8402**
**Don@LassmanLaw.com**